1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile: (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated

**E-FILING**

**Filed**
ADR
MAY 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10
    Adobe Systems Incorporated,           )  Case No. C08 02433 VRW
11                                        )
                    Plaintiff,            )  NOTICE OF INTERESTED PARTIES
12       v.                               )
                                          )  CIVIL LOCAL RULE 3-16(c)(1)
13  Joe Bramble, an individual and d/b/a Safari Tans )
    and Does 1 – 10, inclusive,           )
14                                        )
                    Defendants.           )
15

16       Pursuant to Civil Rule 3-16, the undersigned certifies that as of this date, other than the

17  named parties, there is no such interest to report.

18
    Dated: May 7, 2008                        J. Andrew Coombs, A Professional Corp.
19
20                                            By: _____
21                                               J. Andrew Coombs
                                                 Annie S. Wang
22                                            Attorneys for Plaintiff Adobe Systems Incorporated

ORIGINAL

Adobe v. Bramble: Notice of Interested Parties    - 1 -