1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
3  Glendale, California  91206
   Telephone:  (818) 500-3200
4  Facsimile:   (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10
11  Adobe Systems Incorporated,                )   Case No. C08 02433 VRW
                                                )
12                          Plaintiff,          )   PLAINTIFF'S DECLINATION TO
            v.                                  )   PROCEED BEFORE MAGISTRATE
13                                              )   JUDGE AND REQUEST FOR
    Joe Bramble, an individual and d/b/a Safari Tans ) REASSIGNMENT TO A UNITED
14  and Does 1 – 10, inclusive,                 )   STATES DISTRICT JUDGE
                                                )
15                          Defendants.         )

16         REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

17         The undersigned party hereby declines to consent to the assignment of this case to a United

18  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

19  to a United States District Judge.

20
    Dated:  May 7, 2008                             J. Andrew Coombs, A Professional Corp.
21
22                                                  By: _____
                                                        J. Andrew Coombs
23                                                      Annie S. Wang
                                                    Attorneys for Plaintiff Adobe Systems Incorporated
24

Adobe v. Bramble: Declination to Proceed Before Magistrate        - 1 -