**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INC. ,                    No.  C 08-2433    VRW

       Plaintiff,

  v.                                        **CLERK'S NOTICE**

JOE BRAMBLE doing business as
Safari Tans,

       Defendant.
_____/

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party not appearing on the Notice of Electronic Filing  and/or the attached Certificate of Service)

      YOU ARE NOTIFIED THAT the Case Management Conference presently scheduled on August 21, 2008 shall be  **continued to October 9,  2008 at 3:30 p.m.**   To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10.   The Parties are directed to file a joint case management  statement one week prior to the conference.  Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated:  July 2, 2008

                      FOR THE COURT,
                      Richard W. Wieking, Clerk

                      By: *Cora Klein*
                Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov